ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 07 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *v.* | Criminal Indictment |
| CANDACE NEALY | No. **1:26 CR143** |

THE GRAND JURY CHARGES THAT:

### Count One
(18 U.S.C. § 641)

1. Beginning as early as on or about April 7, 2011, and continuing through on or about July 1, 2022, in the Northern District of Georgia, the defendant, CANDACE NEALY, did knowingly and willfully receive, conceal, and retain money and a thing of value of the United States exceeding the sum of $1,000, namely, Supplemental Security Income payments issued for K.A. by the United States Department of Treasury, on behalf of the Social Security Administration, with the intent to convert the money and thing of value to NEALY's own use and gain, knowing the money and thing of value had been embezzled, stolen, purloined, and converted from the United States and the Social Security Administration, in violation of Title 18, United States Code, Section 641.

### Count Two
(42 U.S.C. § 1383a(a)(4))

2. Beginning as early as on or about April 7, 2011, and continuing through on or about July 1, 2022, in the Northern District of Georgia, the defendant, CANDACE NEALY, in a matter within the jurisdiction of the Social Security

Administration, having made an application to receive Title XVI Supplemental Security Income benefits for the use of K.A., and having received such benefits, knowingly and willfully converted the benefit payments and any part thereof to a use other than for the use and benefit of K.A.

All in violation of Title 42, United States Code, Section 1383a(a)(4).

**Forfeiture**

3. Upon conviction of the offense alleged in Count One of this Indictment, the defendant, CANDACE NEALY, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, including, but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count One of this Indictment.

4. If, as a result of any act or omission of the defendant, any property subject to forfeiture:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section

853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of said defendant up to the value of the

forfeitable property.

A ___True___ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
 *United States Attorney*

CONOR WOODS
 *Special Assistant United States Attorney*
Illinois Bar No. 6336970
*Provisionally admitted to practice in the United States*
*District Court for the Northern District of Georgia*

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181